1056

THE CITY OF SEATTLE, *Respondent*, v. STEPHEN L. STRAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07478-8, Steven G. Scott, J., entered June 24, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Grosse, JJ.

THE CITY OF SEATTLE, *Respondent*, v. RON BATES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-21581-2, John M. Darrah, J., entered December 5, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Grosse, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO MIRANDA CASAMALLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02869-3, Anne L. Ellington, J., entered March 1, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Coleman, J.

THE STATE OF WASHINGTON, *Respondent*, v. LINDA ELAINE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01241-0, Nancy A. Holman, J., entered June 4, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.